UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEAN JADEL ALEXANDRE,<br><br>Petitioner<br><br>v.<br><br>STEVEN FARQUHARSON, DISTRICT DIRECTOR, U.S. BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>03cv12357-PBS |

RESPONDENT'S EX TEMPORE
REPRESENTATION OF NON-DEPORTATION

Respondent[1] has been informed by the Clerk of Court of the filing of a petition for writ of habeas corpus and stay request, and that it has been represented to the Clerk that petitioner will be deported over the weekend.

Counsel for respondent has not been served by petitioner with the petition or stay request, and has not been otherwise contacted regarding this case. Nor does the petition faxed to the undersigned as a courtesy by the Clerk indicate any such service.

In fact, petitioner is not scheduled for deportation over the weekend, and for practical reasons petitioner's

---

[1] Former INS District Director Steven Farquharson is no longer employed by the Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE"), but has taken a different position with the Bureau of Citizenship and Immigration Services ("BCIS"). As of a DHS restructuring effective June 9, 2003, it is understood at present that the responsive successor official of the Department of Homeland Security in the instant action is Bruce Chadbourne, Interim

deportation order cannot be executed any earlier than at least one month from today.

Respondent therefore represents to this Court that it will not execute the deportation order against petitioner any earlier than December 21, 2003, and in addition will also provide the Court with at least 48 hours (two business days) advance notice of any scheduled deportation.

Unless otherwise directed by the Court, respondent will proceed in this case by filing a response to the action in the normal course.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: ______________________
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

---

Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on November 21, 2003.

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114




**U.S. Department of Homeland Security**

U.S. Immigration and Customs Enforcement

*Office of the Chief Counsel*
JFK Federal Building, Room 425
Government Center
Boston, Massachusetts 02203

*The information contained in this facsimile message and any and all accompanying documents constitutes confidential information. This information is the property of the United States Department of Homeland Security. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you receive this message in error, please notify this office immediately at the below telephone number to arrange for its return.*

# FACSIMILE TRANSMISSION COVER SHEET
# DHS/ICE OFFICE OF CHIEF COUNSEL

(617) 565-3140- TELEPHONE

**DATE:** *11/21/03*

**TO:** *Michelle Rynne, Deputy Clerk*

**OFFICE:** **Honorable Douglas P. Woodlock**

**FROM:** *FRANK CROWLEY, DHS/ICE, Boston, MA (617-565-2415)*

Attached is Respondent's representation of non-deportation for at least one month, and representation of prior notice thereafter.

Thank you,

Frank Crowley
Special Assistant U.S. Attorney