UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**JEAN JADEL ALEXANDRE**</u>
        **Petitioner**

**V.**

<u>**STEVEN FARQUHARSON**</u>
        **Respondent**

**CIVIL ACTION
NO.  <u>03-12357-PBS</u>**

## O R D E R

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General and the United States Attorney.

It is further ordered that the Respondent shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.

<u>**December 3, 2003**</u>
    **Date**

<u>**/s/ Judith Gail Dein**</u>
**United States Magistrate Judge**