UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN JADEL ALEXANDRE, )<br>　　　　Petitioner, )<br>　)<br>v. )<br>　)<br>STEVEN FARQUARSON, )<br>DISTRICT DIRECTOR, )<br>IMMIGRATION AND )<br>CUSTOM ENFORCEMENT, )<br>　　　　Respondent. ) | CIVIL ACTION NO:<br>Docket # 03-12357-PBS |

### NOTICE OF INTENT TO REMOVE

Now comes the Respondent to provide notice to the court that the Petitioner has been scheduled for removal on or about January 12, 2004.

By his attorneys,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

### Certificate of Service

I hereby certify that a true copy of the above document was served upon counsel for the Petitioner, Steven Lagana, Lagana & Associates, 145 Essex Street, Lawrence, MA 01841, by fax and mail on this 30th day of December 2003.

Mark J. Grady
Assistant U.S. Attorney