UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEAN JADEL ALEXANDRE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO: 03-12357-PBS |
| STEVEN FARQUARSON, | ) | |
| DISTRICT DIRECTOR, | ) | |
| IMMIGRATION AND | ) | |
| CUSTOM ENFORCEMENT, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER STAYING REMOVAL

After reviewing the respondent's "Notice of Intent to Remove" (Docket # 6), the

petitioner's removal, currently scheduled for on or about January 12, 2004, is hereby

STAYED until further Order of this court.  It is further ORDERED as follows:

1.     The petitioner shall file any opposition to the respondent's "Motion to
Dismiss" (docket # pending) by **January 20, 2004**.

2.     The parties shall appear before this court for a hearing on the
respondent's "Motion to Dismiss" on **January 22, 2004** at 11:00 A.M.


_____/ s / Judith Gail Dein_____
Judith Gail Dein
DATED: January 6, 2004                    United States Magistrate Judge