UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN JADEL ALEXANDRE,<br>Petitioner,<br><br>v.<br><br>STEVEN FARQUARSON,<br>DISTRICT DIRECTOR,<br>IMMIGRATION AND<br>CUSTOM ENFORCEMENT,<br>Respondent. | CIVIL ACTION NO:<br>Docket # 03-12357-PBS |

## STIPULATION OF DISMISSAL

Now come the parties pursuant to Fed. R. Civ. P. 41 (a)(1) to request that the above action be dismissed. As grounds, therefore, the Petitioner, Jean Jadel Alexandre, no longer wishes to contest his removal.

The Petitioner,

by his attorney

Steven Lagana, Esq.

*/s/ Steven Lagana by MJG/*
Steven Lagana, Esq.
LAGANA & ASSOCIATES
145 Essex Street
Lawrence, MA 01841
(978) 794-2331

The Respondent,

by his attorney

MICHAEL J. SULLIVAN
United States Attorney

*/s/ Mark J. Grady/*
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136